PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
SALVADOR GONZALEZ-FARIAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) Plaintiff, ) vs. ) ) SALVADOR GONZALEZ-FARIAS, ) Defendant. ) ) ) | CASE NO. 1:13-CR-00174-AWI-BAM  STIPULATION & ORDER TO BRIEFING SCHEDULE TO GOVERNMENT'S *QUINTERO* MOTION FOR CONFLICT OF INTEREST INQUIRY |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Karen

Escobar, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Salvador

Gonzalez-Farias, that the defendant's response to the government's Quintero Motion for Conflict

of Interest Inquiry shall be due by the close of the business day on August 16, 2013.

Respectfully Submitted,


Dated:  August 8, 2013                    /s/ Preciliano Martinez
                                          Preciliano Martinez
                                          Attorney for Defendant
                                          SALVADOR GONZALEZ-FARIAS


Dated:  August 8, 2013                    /s/ Karen A. Escobar
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

1

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the defendant's response to the government's Quintero Motion for Conflict of Interest Inquiry shall be due by the close of the business day on August 16, 2013.


Dated:   August 8, 2013              /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE